Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Breaux　v. KidTribe, Inc.

No. 15-1115

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　　[✓] As counsel for:　Kelly J. Breaux, Kenneth W. Erickson
　　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　[ ] Respondent　[ ] Amicus curiae　[ ] Cross Appellant
[✓] Appellant　[ ] Appellee　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　　[ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Heather Bennett |
| Law firm: | Law Office of Heather Bennett |
| Address: | 4500 Via Marina, Suite 309 |
| City, State and ZIP: | Marina Del Rey, CA 90292 |
| Telephone: | 310-351-8487 |
| Fax #: | 626-229-9330 |
| E-mail address: | heather@hbennettesq.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/23/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes　[ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

11/10/14
Date

_____
Signature of pro se or counsel

cc: _____