# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 15-1115 - Breaux v. KidTribe, Inc.

### Corrected Opening Brief w/Appendix

### **ORDER**

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief or appendix must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

January 22, 2015

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Michael J. Salvatore
Steven M. Weinberg

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 15-1115 - Breaux v. KidTribe, Inc.

The Corrected Opening Brief w/Appendix has been rejected for following reasons:

- The table of contents of the nonconfidential appendix must include a paragraph describing the general nature of the confidential material that has been deleted.

- The cover does not follow the official caption provided by the clerk. Fed. R. App. P. 32(a)(2)(C-D); Practice Note 32 (see below)

>KELLY J. BREAUX, KENNETH W. ERICKSON,
>
>>Appellants
>
>v.
>
>KIDTRIBE, INC.,
>
>>Appellee

- All PDFs submitted to the Court must be text-searchable. ECF-7(B)

    all pages need to be text searchable